IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                  CASE NO:  2:10-CR-20057-005

URIEL LIRA-PERZ                                                                   DEFENDANT

## ORDER

The Defendant has filed a Motion for Disclosure **(Doc. 46)** on November 10, 2010 and the matter has been referred to the undersigned.

The Court entered a Pretrial Scheduling Order **(Doc. 74) on November 30, 2010.** The Court will treat the Defendant's Motion for Disclosure as a Request for Disclosure pursuant to the Pretrial Scheduling Order.

The court finds that this Motion requires no further action by the court. Unless and until a motion is filed seeking to compel appropriate responses, the court will act on the belief that the information sought has been timely provided by the party of whom it is requested. Accordingly the court finds this motion to be **MOOT.**

The Defendant's Motion for a Spanish Translation of Charging Documents is **DENIED**. The Court provides a Spanish Interpreter at all court proceedings.

**IT IS SO ORDERED** this December 3, 2010.

/s/ J. Marschewski
Honorable James R. Marschewski
Chief United States Magistrate Judge