```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                       NO. 10CR20057-005

URIEL LIRA-PEREZ                                            DEFENDANT

## O R D E R

On this 19th day of September 2012, there comes on for consideration the report and recommendation filed in this case on August 31, 2012, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 260). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's *pro se* Motion to Dismiss (Doc. 256) is DENIED.

IT IS SO ORDERED.

                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge

**AO72A**
**(Rev. 8/82)**