Case 2:10-cr-20057-PKH   Document 294   Filed 06/10/15   Page 1 of 1 PageID #: 1017

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| United States of America | ) |
|---|---|
| v. | ) |
| URIEL LIRA-PEREZ | ) Case No: 2:10CR20057-005 |
| | ) USM No: 10318-010 |

Date of Original Judgment:   12/01/2011
Date of Previous Amended Judgment:        Bruce D. Eddy
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   108   months **is reduced to**   87 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   12/01/2011   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   06/10/2015         /s/ P. K. Holmes, III
                                  *Judge's signature*

Effective Date:   11/01/2015       Honorable P. K. Holmes, III, Chief U. S. District Judge
*(if different from order date)*   *Printed name and title*